**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7781**

———————

TYRONE L. ROBERSON,

Petitioner - Appellant,

versus

WARDEN, Evans Correctional Institution;
CHARLES M. CONDON, South Carolina Attorney
General,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Falcon B. Hawkins, Senior District
Judge.  (CA-01-4090-8-11-B1)

———————

Submitted:  February 4, 2003      Decided:  February 25, 2003

———————

Before WILKINS, Chief Judge, and LUTTIG and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tyrone L. Roberson, Appellant Pro Se.  Derrick K. McFarland, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrone L. Roberson appeals the district court's order denying his motion to amend the judgment filed August 27, 2002. We have reviewed the record and find no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Roberson v. Warden, Evans Corr. Inst.</u>, No. CA-01-4090-8-11-B1 (D.S.C. Oct. 25, 2002). We also deny Roberson's motion to amend his notice of appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>